**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-7338**

_____

In Re:  GERALD DAMONE HOPPER,


                                            Petitioner.

_____

On Petition for Writ of Mandamus.  (CR-95-119)

_____

Submitted:  November 23, 2005      Decided:  December 15, 2005

_____

Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Gerald Damone Hopper, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gerald Damone Hopper petitions for writ of mandamus, alleging the district court has unduly delayed acting on his motion filed under 18 U.S.C.A. § 3582(c)(2) (West 2000 & Supp. 2005). He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the district court granted Hopper's motion on October 28, 2005. Accordingly, because the district court has recently decided Hopper's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED